IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFREY LYNN HATLEY                                         PLAINTIFF

v.                    No. 3:20-cv-421-DPM-JTK

TRISH MARSHALL, Administrator,
Poinsett County Detention Center; and
REGINA HINDMAN, Administrator,
Poinsett County Detention Center                            DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 3*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hatley's complaint will be dismissed with prejudice for failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 January 2021