IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFREY LYNN HATLEY                                                PLAINTIFF

v.                        No. 3:20-cv-421-DPM-JTK

TRISH MARSHALL, Administrator,
Poinsett County Detention Center; and
REGINA HINDMAN, Administrator,
Poinsett County Detention Center                                   DEFENDANTS

## JUDGMENT

Hatley's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2021